| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | |
|---|---|---|---|---|---|
| | Before the Honorable Karen B. Molzen | | | | |
| | United States Magistrate Judge | | | | |
| | Clerk's Minutes – Initial | | | | |
| Date: | 7/7/2016 | | Case Number: | CR 16-2925JAP | |
| Case Title: USA v. | Jesus Manuel Garcia | | Liberty: | Rio Grande @ | 11:09 am |
| Courtroom Clerk: | E. Romero | | Total Time: | 3 minutes | |
| Probation/Pretrial: | A Candelaria | | Interpreter: | n/a | |
| ATTORNEYS PRESENT: | | | | | |
| Plaintiff: | Kim Brawley | | Defendant: | Pro-Se | |
| PROCEEDINGS: | | | | | |
| ☒ | Defendant Sworn | | | | |
| ☒ | Defendant received copy of charging document | | | | |
| ☒ | Defendant advised of rights and penalties | | | | |
| ☒ | Defendant wants Court appointed counsel | | | | |
| ☒ | Government moves to detain | | | | |
| ☒ | Defendant remanded to the custody of the United States Marshal's Service | | | | |
| ☒ | Arraignment/Detention | | 7/12/2016 | @ 10:00 am | |
| ☐ | Other: | | | | |